DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In re: | |
|---|---|
| GEOFFREY ALLEN and BONITA LYNNE HENDRICKSON | Chapter 13<br>Case No. 04-1-2730 AJ13<br><br>NOTICE OF UNCLAIMED CHAPTER 13 CREDITOR PAYMENTS |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $.10 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 0022 | AMETEX<br>55 CABOT BLVD<br>MANSFIELD, MA 02048-0000 | $.10 |

Dated:   June 3, 2010

_____
CECILIA MARCELO
Receipts Administrator

Case: 04-12730   Doc# 64   Filed: 06/07/10   Entered: 06/15/10 14:06:52   Page 1 of 9

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500 FAX (707) 544-0475


FILED
JUN - 7 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   GEOFFREY ALLEN and BONITA LYNNE HENDRICKSON

Chapter 13
Case No. 04-1-2730 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $.22 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 0072 | F SCHUMACHER & CO<br>1325 OLD COOCHES BRIDGE ROAD<br>NEWARK, DE 19714-0000 | $.22 |

Dated: June 3, 2010

CECILIA MARCELO
Receipts Administrator

Case: 04-12730  Doc# 64  Filed: 06/07/10  Entered: 06/15/10 14:06:52  Page 2 of 9

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    GEOFFREY ALLEN and BONITA LYNNE HENDRICKSON

Chapter 13
Case No. 04-1-2730 AJ13

NOTICE OF UNCLAIMED CHAPTER 13 CREDITOR PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $.56 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 0063 | DONGHIA FURNITURE AND TEXTILES<br>485 BROADWAY<br>NEW YORK, NY 10013-0000 | $.56 |

Dated:   June 3, 2010

_____
CECILIA MARCELO
Receipts Administrator

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    GEOFFREY ALLEN and BONITA LYNNE HENDRICKSON

Chapter 13
Case No. 04-1-2730 AJ13

NOTICE OF UNCLAIMED CHAPTER 13 CREDITOR PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $.37 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 0034 | CAPE CRAFTSMEN INC<br>305 RALEIGH ST<br>WILMINGTON, NC 28412-0000 | $.37 |

Dated:   June 3, 2010

_____
CECILIA MARCELO
Receipts Administrator

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED

JUN - 7 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    GEOFFREY ALLEN and BONITA LYNNE HENDRICKSON

Chapter 13
Case No. 04-1-2730 AJ13

NOTICE OF UNCLAIMED CHAPTER 13 CREDITOR PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $.30 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 0067 | WASTE MANAGEMENT RMC<br>2421 W PEORIA AVE<br>PHOENIX, AZ 85029-0000 | $.30 |

Dated:    June 3, 2010

_____
CECILIA MARCELO
Receipts Administrator

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
JUN − 7 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   GEOFFREY ALLEN and BONITA LYNNE HENDRICKSON

Chapter 13
Case No. 04-1-2730 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $.22 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 0097 | JACK BULLARD<br>7 ELIZABETH WAY<br>NEWPORT, RI 02840-0000 | $.22 |

Dated:  June 3, 2010

_____
CECILIA MARCELO
Receipts Administrator

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



JUN - 7 2010

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    GEOFFREY ALLEN and BONITA
LYNNE HENDRICKSON

Chapter 13
Case No. 04-1-2730 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 CREDITOR
PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $11.83 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 0135 | ROBERT ALLEN<br>55 CABOT BLVD<br>MANSFIELD, MA 02048-0000 | $11.83 |

Dated:   June 4, 2010

_____
CECILIA MARCELO
Receipts Administrator

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
JUN - 7 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   GEOFFREY ALLEN and BONITA LYNNE HENDRICKSON

Chapter 13
Case No. 04-1-2730 AJ13

NOTICE OF UNCLAIMED CHAPTER 13 CREDITOR PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $8.06 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 0141 | SBC<br>PO BOX 981268<br>WEST SACRAMENTO, CA 95851-0000 | $8.06 |

Dated:   June 4, 2010

_____
CECILIA MARCELO
Receipts Administrator

DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



FILED
JUN - 7 2010
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
   GEOFFREY ALLEN and BONITA LYNNE HENDRICKSON

Chapter 13
Case No. 04-1-2730 AJ13

NOTICE OF UNCLAIMED CHAPTER 13 CREDITOR PAYMENTS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed creditor payments in the amount of $9.84 as follows:

| Claim | Name and Address of Claimant | Unclaimed Payment |
|---|---|---|
| 0100 | KEYSTON BROS<br>P O BOX 6000<br>SAN FRANCISCO, CA 94160-0000 | $9.84 |

Dated:  June 4, 2010

_____
CECILIA MARCELO
Receipts Administrator